IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON EDENILSON VELASQUEZ  TDCJ No. 02284305, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:21-cv-03122-K-BN |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The District Court reviewed those parts of the proposed findings, conclusions, and recommendation to which Petitioner objected *de nevo*. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner's Objections are OVERRULED.

SO ORDERED.

Signed October 3rd, 2023.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE